Joseph PETERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69294.

Missouri Court of Appeals,
Western District.

April 28, 2009.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Karen L. Kramer, Jefferson City, MO, for respondent.

Before DIV I: LISA WHITE HARDWICK, Presiding Judge, JOSEPH M. ELLIS, Judge, and THOMAS H. NEWTON, Chief Judge.

ORDER

PER CURIAM.

Joseph Peters appeals the denial of his Rule 29.15 motion without an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment. Rule 84.16(b).

Robert L. MCCLENTON,
Sr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69139.

Missouri Court of Appeals,
Western District.

April 28, 2009.

Susan L. Hogan, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before DIV II: LISA WHITE HARDWICK, P.J., HAROLD L. LOWENSTEIN, Judge and VICTOR C. HOWARD, Judge.

ORDER

PER CURIAM:

Robert McClenton appeals the denial of his Rule 29.15 motion for postconviction relief. On appeal, McClenton claims that the motion court erred in denying his motion because he established that his trial counsel failed to provide effective assistance. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).